1
2
3
4
5
6                      UNITED STATES DISTRICT COURT

7                      EASTERN DISTRICT OF CALIFORNIA

8

9    ISAIAH J. PETILLO,                    1:18-cv-000217 GSA (PC)

10              Plaintiff,
                                           ORDER TO SUBMIT APPLICATION
11        v.                               TO PROCEED IN FORMA PAUPERIS
                                           OR PAY FILING FEE WITHIN 30 DAYS
12   X. GALLIGER, et al.,

13              Defendants.

14

15        Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to *proceed in*

17   *forma pauperis* pursuant to 28 U.S.C. § 1915.

18        Accordingly, IT IS HEREBY ORDERED that:

19        Within **thirty (30) days** of the date of service of this order, plaintiff shall submit the

20   attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

21   pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

22   **showing of good cause.  Failure to comply with this order will result in dismissal of this**

23   **action.**

24   IT IS SO ORDERED.

25
        Dated:   **February 15, 2018**              _____/s/ Gary S. Austin_____
26                                                  UNITED STATES MAGISTRATE JUDGE

27

28