UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH J. PETILLO,<br><br>        Plaintiff,<br><br>   vs.<br><br>GALLIGER, et al.,<br><br>        Defendants. | **1:18-cv-00217-NONE-GSA-PC**<br><br>**ORDER FOR DEFENDANTS TO FILE RESPONSIVE PLEADING WITHIN 30 DAYS** |

      Isaiah J. Petillo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint filed on November 19, 2018, against defendant C/O J. Fugate for use of excessive force in violation of the Eighth Amendment; against defendants C/O J. Fugate and Captain J. Galliger for failing to protect Plaintiff in violation of the Eighth Amendment; and, against defendant Captain J. Galliger for retaliation in violation of the First Amendment. (ECF No. 18.)

      On December 23, 2019, defendants Fugate and Galliger ("Defendants") filed a motion to revoke Plaintiff's *in forma pauperis* status under 28 U.S.C. 1915(g), (ECF No. 31), and a motion for extension of time to file a response to the First Amended Complaint until further order of the court on their motion to revoke Plaintiff's *in forma pauperis* status, (ECF No. 32). On May 8, 2020, Defendants' motion for extension of time was granted. (ECF No. 40.)

On May 29, 2021, the court granted Defendants' motion to revoke Plaintiff's *in forma pauperis* status and ordered Plaintiff to pay the $400.00 filing fee for this case within 30 days. (ECF No. 44.) On June 28, 2021, Plaintiff paid the filing fee in full. (Court record.)

Defendants' motion to revoke Plaintiff's *in forma pauperis* status is now resolved and Defendants' extension of time to file a response to the First Amended Complaint has expired. Therefore, Defendants are now required to file a response.

Based on the foregoing, IT IS HEREBY ORDERED that within 30 days of the date of service of this order, Defendants are required to file a responsive pleading to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: **July 8, 2021**        **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE